1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  | MENTHER MUHAMD,                        | CASE NO. C20-1862 RSM-BAT

9  |               Petitioner,             | ORDER OF DISMISSAL

10 |        v.

11 | ICE FIELD OFFICE DIRECTOR,

12 |               Respondent.

13

14        This matter is before the Court on Petitioner's motion to withdraw his Petition for habeas

15 relief.  Dkt. #10.  Petitioner initially filed this action seeking his release from the Northwest ICE

16 Processing Center, where he is held pending deportation.[1]  Dkt. #1.  The ICE Field Office Director

17 responded, maintaining that Petitioner's detention is lawful and that his Petition should be

18 dismissed.  Dkt. #9.  After receiving the government's response, Petitioner filed the instant motion

19 to withdraw his Petition and have the Court dismiss the Petition.   Dkt. #10.   Alternatively,

20 Petitioner requested that the Court order that he be deported to Turkey.  *Id.*

21 //

22

---

23 [1] Petitioner has previously sought habeas relief in another action before this Court.  *See Muhamd v. ICE Field Office Director*, Case No. 2:20-cv-605 RAJ (W.D. Wash.).  In that case, Petitioner's request was ultimately denied, and the matter was dismissed without prejudice.

ORDER – 1

1    The Court finds dismissal to be warranted upon Petitioner's express request and because

2    the government has likewise requested that Petitioner's habeas action be dismissed.  *See* Dkts. #9

3    and #10.  Having determined that the matter should be dismissed, the Court does not address

4    Petitioner's request for alternative relief.[2]

5    Accordingly, the Court GRANTS Petitioner's motion to withdraw his Petition (Dkt. #10)

6    and DISMISSES the matter without prejudice.  The Clerk is directed to send copies of this Order

7    to Petitioner and to Judge Tsuchida.

8    DATED this 18th day of February, 2021.

9

10

11

RICARDO S. MARTINEZ

12    CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

---

[2] The Court also notes that Petitioner provides no legal support for his request that the Court order
23   his removal to Turkey, a country where he does not possess legal status.  Dkt. #9 at 2, 6 (providing
that Petitioner "is a citizen and native of Iraq" and noting that Turkey informed the government
that Petitioner "had no legal status in that country").

ORDER – 2